In the Matter of the Application of GEORGE E. REYNOLDS for Admission to the Bar.—Application granted. Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

In the Matter of the Application of LEOPOLD ZIRINSKY for License and Admission to Practice as an Official Examiner of Title.—The application is made and the bond is given under chapter 444, Laws of 1908, a law which is repealed (Laws of 1909, chap. 52, § 460). A bond should not contain erasures and interlineations. A signature made by mark should be witnessed. Application denied, without prejudice to a renewal on satisfactory papers.* Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

WILLIAM S. MAXSON, Respondent, v. CHARLES W. BARDEEN, Appellant.—Motion denied, with ten dollars costs. Present—Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ.

LAURA A. PORTER, as Administratrix, etc., of JAMES J. PORTER, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.—Motion denied, without costs. Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHMOND BOROUGH PUBLISHING AND PRINTING COMPANY, Appellant.—Motion to dismiss appeal granted. Present—Jenks, P. J., Carr, Stapleton, Mills, and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH W. BURKE, Appellant.—Motion to dismiss appeal granted. Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST C. HUNT, Appellant, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.—Motion to resettle order granted. Present—Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.